

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NOS. WR-95,617-01 & WR-95,617-02

### EX PARTE ADAM SANCHEZ, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 2017CR9179-W1 & 2017CR9174-W1
### IN THE 226TH DISTRICT COURT
### FROM BEXAR COUNTY

*Per curiam*. YEARY, J., filed a dissenting opinion in which KELLER, P.J., joined.

## O P I N I O N

Under a plea agreement, Applicant was convicted of two aggravated sexual assault of a child offenses involving his biological son and daughter. He was sentenced to twenty-five years' imprisonment in each case, to run concurrently. He did not appeal his convictions. Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that (1) he is actually innocent because the complainants have recanted and (2) his pleas were involuntary due to the ineffective assistance of counsel. The trial court conducted a live evidentiary hearing, at which the complainants testified. The trial court found the

complainants' recantations credible and recommends that the Court grant Applicant relief on actual innocence grounds. The record supports the trial court's findings and recommendation.

Relief is granted. *Ex parte Elizondo*, 947 S.W.2d 202 (Tex. Crim. App. 1996); *Ex parte Tuley*, 109 S.W.3d 388 (Tex. Crim. App. 2002). The judgments in cause numbers 2017CR9179 and 2017CR9174 in the 226th District Court of Bexar County are set aside, and Applicant is remanded to the custody of the Sheriff of Bexar County to answer the charges as set out in the indictments. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: June 19, 2024
Do not publish